JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF LOS ANGELES

| | |
|---|---|
| WAYNE CHARLES AND FORT SELF STORAGE, INC. | Case No.: CV 10-7260 ABC (PLAx) |
| Plaintiffs, | (Honorable Audrey B. Collins) |
| v. | [~~PROPOSED~~] **JUDGMENT** |
| CITY OF LOS ANGELES, a California municipal corporation, | |
| Defendant. | |

On November 5, 2010, Defendant, City of Los Angeles ("City"), filed a Motion to Dismiss Complaint and Request for Injunctive Relief and Motion for a More Definite Statement. (Docket No. 21.)  On November 15, 2010, Plaintiffs Wayne Charles and Fort Self Storage, Inc ("Plaintiffs") filed opposition. (Docket No. 26.)  On November 22, 2010, the City replied. (Docket No. 31.)  This matter was set for hearing on Monday,

December 6, 2010, but the Court, the Honorable Judge Audrey B. Collins presiding, found it appropriate for resolution without oral argument.  Fed. R. Civ. P. 78; Local Rule 7-15.  The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered.

IT IS ORDERED THAT:

With respect to the City's motion to dismiss, that the plaintiff take nothing, that the action be dismissed on the merits WITH PREJUDICE and that Defendant City of Los Angeles recover its costs.

With respect to the City's motion for a more definite statement, that it be DENIED as MOOT.

Dated: December 07, 2010
_____

By:_____
AUDREY B. COLLINS
CHIEF UNITED STATED DISTRICT JUDGE

M:\Real Prop_Env_Land Use\Land Use\Kim Westhoff\Charles\Pleading\Proposed Judgment.doc

### PROOF OF SERVICE -- (VIA VARIOUS METHODS)

I, the undersigned, say:  I am over the age of 18 years and not a party to the within action or proceeding.  My business address is Room 701, City Hall East, 200 North Main Street, Los Angeles, California  90012.

On December 3, 2010, I served the foregoing documents described as: **[PROPOSED] JUDGMENT** on all interested parties in this action by placing copies thereof enclosed in a sealed envelope addressed as follows:

Matthew C. Klase, Esq.                    Telephone: (770) 444-0998
WEBB, KLASE & LEMOND, LLC.          Fax:         (770) 444-0271
1900 The Exchange SE, Suite 480
Atlanta, GA  30339

**[X]  BY MAIL** -I deposited such envelope in the mail at Los Angeles, California, with first class postage thereon fully prepaid.  I am readily familiar with the business practice for collection and processing of correspondence for mailing.  Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit; and/or

[ ]   BY FACSIMILE TRANSMISSION - I caused the document to be transmitted to the offices of the addressee via facsimile machine at telephone number_____ on the date and time specified on the Transmission Report.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 3, 2010, at Los Angeles, California.

_____
MARCY ROMAN-CARELLI